# Court of Appeals
# of the State of Georgia

ATLANTA,     June 02, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1693. IN THE INTEREST OF: A. V., A CHILD (FATHER).**

On September 19, 2013, the juvenile court terminated the father's parental rights to A. L. V., his minor child. The father filed a direct appeal on November 7, 2013, and an application for discretionary appeal on November 15, 2013. We dismissed the application because we lacked jurisdiction over the untimely filed application. See *In the Interest of: A. L. V.*, Application Number A14D0137 (dismissed December 4, 2013). We also must dismiss this direct appeal.

In 2007, the Georgia Legislature amended OCGA § 5-6-35 to bring orders terminating parental rights within the discretionary appeal procedures. Before that amendment, termination orders were directly appealable as a matter of right. See *In the Interest of S. N. S.*, 182 Ga. App. 803 (357 SE2d 127) (1987); *In the Interest of R. L. Y.*, 180 Ga. App. 559 (349 SE2d 800) (1986). Under the revised Code section, however, an application for discretionary appeal must be filed to obtain appellate review of an order terminating parental rights where, as here, the termination petition was filed after January 1, 2008. See OCGA § 5-6-35 (a) (12); *In the Interest of K. R.*, 285 Ga. 155 (674 SE2d 288) (2009). Thus, the father was required to follow the discretionary appeal procedures, as he attempted to do. We lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 06/02/2014
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*